**MEMO ENDORSED** Defendants' Motion to Dismiss has not yet been filed. After the Motion is filed, Plaintiff will have the opportunity to respond. The Court will then consider all of the parties' arguments.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff

SO ORDERED
KENNETH M. KARAS U.S.D.J.  9/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ralph Hall,
    PLAINTIFF,

— AGAINST —

Anthony Annucci, et al.,
    DEFENDANTS

CASE NO. 19-CIV-5521 (KMK)

NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Ralph Hall, Pro-Se Plaintiff argues that the Court's consideration of Defendant's proposed motion to dismiss Pro-Se Amended pleadings on the basis of Second Amended Complaint's alleged failure to state a claim because of monetary damages sought and/or failure to state factual allegations supporting personal involvement. It is well settled that, "complaint should not be dismissed for failure to state a claim, unless it appear beyond doubt that no set of facts exist to support claim. (SEE ATTACHED MEMORANDUM OF LAW)

MARCH 31, 2020

Ralph Hall #05A5367
P.O. Box 4000