



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

May 13, 2020

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Hall v. Annucci et al, SDNY 19 Civ. 5521 (KMK)

Dear Judge Karas:

I write to respectfully update the Court with regard to the Court's September 9, 2019 Order, in which the Court directed the New York State Office of the Attorney General ("OAG") to "assist Plaintiff in identifying the unidentified defendants and their service address." ECF No. 12.
On November 8, 2019, this Office responded by a letter identifying several possible individuals, and providing their service addresses. Since that time, it has come to my attention that the service address for Nicole Walsh, LPN, has changed, and the address provided by this Office in the November 8, 2019 letter is no longer valid.

However, at this time, the only address for Nurse Walsh that I have been able to obtain is her last known home address. Therefore, I respectfully request permission to provide the new address to the Court ex parte and under seal. In addition, I respectfully request that Nurse Walsh's contact information be redacted on any service order, copies of any affidavit of service filed on the docket or sent to Plaintiff by the United States Marshals Service, and from any other filing.

Thank you for your consideration of the application herein.

                                                                                                    Respectfully submitted,

                                                                                                  */s/ Brendan M. Horan*
                                                                                                  Brendan M. Horan
                                                                                                  Assistant Attorney General

cc:    Ralph Hall
        Pro Se Plaintiff
        DIN No. 05A5367
        Green Haven Correctional Facility
        594 Rt. 216
        Stormville, NY 12582-0010

Granted. Mr. Horan is to mail a copy of this memo endorsement to Mr. Hall and certify on the record he did so by letter that is due by 5/18/20.

So Ordered.

*[signature]*

5/13/20