

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

November 22, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

MEMO ENDORSED

Re: <u>Hall v. Annucci et al</u>, SDNY 19 Civ. 5521 (KMK)

Dear Judge Karas:

This Office represents defendants Anthony Annucci, Robert Bentivegna, Thomas Griffin, Kyoung Kim, Deborah MacDonald, Aileen McCarthy, Donna Heitz, and Nicole Walsh ("Defendants") in the above-referenced action.

Defendants respectfully request leave pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure to take the deposition of Plaintiff Ralph Hall, who is currently confined in prison. The deposition is necessary for discovery in this matter. The Court's endorsement of this application will be sufficient for the New York State Department of Corrections and Community Supervision (DOCCS) to arrange for the deposition.

Thank you for your consideration of the application herein.

Respectfully submitted,

*S/ Brendan M. Horan*
Brendan M. Horan
Assistant Attorney General
Brendan.Horan@ag.ny.gov

Granted. Defendants are directed to mail a copy of this memo endorsement to Plaintiff and certify that this was done in a filing by November 30, 2021.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

November 22, 2021
White Plains, NY

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV

cc: **BY MAIL**
Ralph Hall
<u>Pro Se Plaintiff</u>
DIN 05A5367
Green Haven Correctional Facility
594 Rt. 216
Stormville, New York 12582-0010