UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RALPH HALL,

                Plaintiff,                            19 **CIVIL** 5521 (KMK)

    -against-                                 **JUDGMENT**

ANTHONY ANNUCCI, *et al.*,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2022, Defendants motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          August 31, 2022

                                                                  **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                    **BY:**

                                                                        **Deputy Clerk**